IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy |
| GREENBRIER SENIOR LIVING | ) | No.: 10-90962 |
| COMMUNITY, LLC, | ) | |
| | ) | |
| Debtor. | ) | |

**PETITION UNCLAIMED FUNDS**

NOW COMES, Mariann Pogge, Trustee, and states as follows:

1. $5,278.36 remains on deposit with Prairie State Bank, of Springfield, Illinois, standing in my name as Trustee of this estate in Account Number xxxx9381.

2. The Staffing Difference Nurse Agency, Inc. c/o Bessler Accounting, 1305 Derby Street, Pekin, IL 61554 is entitled to this money.

3. The Trustee sent check #131 in the amount of $5,278.36 to Creditor at the above address on or about June 20, 2013.

4. That check was not cashed and Trustee's assistant tried to contact The Staffing Difference at the phone number indicated on the Claim but it was disconnected.

5. Trustee's assistant then contacted Bessler Accounting and spoke with Dorothy.  Dorothy indicated that they had returned the check marked "return to sender."  Trustee's office did not receive the returned check and stopped payment. Dorothy further indicated that Mr. Bessler passed away in March, 2011 and that The Staffing Difference filed Bankruptcy. Trustee checked Pacer and found that The Staffing Difference filed Chapter 11 Bankruptcy (#10-80447) in February, 2010 but the case was dismissed on September 13, 2010.

6. On June 9, 2014, Trustee sent check #134 in the amount of $5,278.36 to the address indicated on the claim.

7.      Dorothy Garnion returned check #134 indicating that Mr. Bessler passed away in March, 2011, that The Staffing Difference "filed bankruptcy in Peoria County," and that she did not know the whereabouts of Amy Eagan, Creditor's former President.

8.      The Secretary of State website indicates that The Staffing Difference Nurse Agency, Inc. was involuntarily dissolved on November 11, 2011.

WHEREFORE, Trustee, Mariann Pogge, prays that she be authorized to pay over to the Clerk of the U.S. Bankruptcy Court for the benefit of The Staffing Difference Nurse Agency, Inc. the sum of $5,278.36.

 /s/ Mariann Pogge                                
Trustee
3300 Hedley Road
Springfield, Illinois  62711
(217) 793-7412

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 18, 2014 she electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph P. Chamley
Rochelle A. Funderburg
Craig R. Hung
Mariann Pogge
R. Stephen Scott
U.S. Trustee

and further certifies that she sent a copy of the document by first class mail, postage prepaid, to the following:

The Staffing Difference
c/o Bessler Accounting
1305 Derby Street
Pekin, IL 61554

/s/ Kim Woods, Assistant to Mariann Pogge